1404553

# United States District Court
## District of Arizona
### SEALED
### WARRANT FOR ARREST



United States of America
    V.

Sheila Bernice Johnson,

CASE NUMBER : CR 07-1169-PHX-JAT

☒ FILED       ___ LODGED
___ RECEIVED     ___ COPY

NOV 0 1 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ Z DEPUTY

**To:**    The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest _____ SHEILA BERNICE JOHNSON _____

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court

☐ Violation Notice  ☐ Petition for Probation Violation

☐ Petition for Violation of Pretrial Conditions  ☐ Petition for Violation of Supervised Release

2007 OCT 24  PM 12: 25
RECEIVED
US MARSHALS SERVICE
DIST-AZ PHOENIX

charging him or her with (brief description of offense)
False Statement; Theft of Government Property

In violation of  18:1001; 18:641

RICHARD H. WEARE
Name of Issuing Officer

_____
Signature of Issuing Officer

CLERK OF COURT/DCE
Title of Issuing Officer

10/24/07, Phoenix, Arizona
Date and Location

M. Pruneau
(By) Deputy Clerk

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: Glendale, Arizona |

| Date Received 10-24-07 | Name and Title of Arresting Officer USMS Phoenix AZ | Signature of Arresting Officer By: |
|---|---|---|
| Date of Arrest 10-30-07 | | |