IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

Sheila Bernice Johnson,

    Defendant.

CR 07-01169-PHX-JAT

CONSENT OF DEFENDANT AND ORDER OF REFERRAL FOR MISDEMEANOR PLEA AND SENTENCING BEFORE MAGISTRATE JUDGE

## ORDER OF REFERRAL

    Defendant, <u>Shiela Bernice Johnson</u>, having requested permission to enter a plea of guilty, and having consented to go forward with that plea of guilty and with sentencing before a United States Magistrate Judge, the Court refers the matter to Magistrate Judge Lawrence O. Anderson to administer the allocution pursuant to Rule 11, Fed.R.Crim.P., and to sentence the defendant.

SO ORDERED:

Date: June 18, 2008

_____
James A. Teilborg
United States District Judge

## CONSENT OF DEFENDANT

    After full consultation with counsel, I voluntarily consent to go forward with my plea of guilty and sentencing before the United States Magistrate Judge.

I consent to the above referral:

_____
Defendant

_____
Counsel for Defendant

_____
Assistant U.S. Attorney