DIANE J. HUMETEWA
United States Attorney
District of Arizona

KEVIN M. RAPP
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Kevin.Rapp@usdoj.gov
Arizona State Bar # 014249
Telephone (602) 514-7500

FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 3 0 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Shelia Bernice Johnson,<br><br>　　　　Defendant. | NO. CR07-1169-PHX-LOA<br><br>**INFORMATION**<br><br>VIO:　Title 18 U.S.C. § 1012 |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

On or about November, 15, 2005, in the District of Arizona, the defendant, Sheila Bernice Johnson, with intent to defraud, did make a false statement to the Arizona Department of Housing, and agency that receives funds from the Department of Housing and Urban Development ("HUD"),

11

and did receive compensation in the amount of $1520.00 with the intent to defraud HUD.

All in violation of Title 18 U.S.C. § 1012.

Dated this 30 day of June, 2008.

DIANE J. HUMETEWA
United States Attorney
District of Arizona

KEVIN M. RAPP
Assistant U.S. Attorney