**WO**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | No. CR-07-01169-PHX-LOA |
| | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| Sheila Johnson, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Defendant's Motion, the Government concurring and good cause appearing,

**IT IS HEREBY ORDERED granting** Defendant's Motion to Continue Sentencing, docket #31, pursuant to 18 U.S.C. § 3161(h)(1)(D) and (h)(8)(A). This Court specifically finds that the ends of justice are served by granting a continuance.

**IT IS FURTHER ORDERED** that the sentencing date is hereby continued from September 15, 2008 to **Monday, October 6, 2008 at 11:00 a.m.** before the undersigned, Courtroom 302, Sandra Day O'Connor U. S .Courthouse, 401 West Washington, Phoenix, Arizona.

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED** that defense counsel shall use proper capitalization in all future captions as mandated by LRCrim 12.1 and LRCiv 7.1(a)(3).

DATED this 12th day of September, 2008.

_____
Lawrence O. Anderson
United States Magistrate Judge