**WO**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
| ) | No. CR-07-01169-PHX-LOA |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| Sheila Johnson, ) | |
| ) | |
| Defendant. ) | |

The Court has received and considered Defendant's Motion to Allow Defendant to Travel. (docket #32)

The Government and Pretrial Services Officer John Spano having no objection to Defendant's request and good cause appearing,

**IT IS HEREBY ORDERED granting** Defendant's Motion and allowing Defendant to travel to Douglasville, Georgia commencing **September 14, 2008** for a period of fourteen days, returning to the District of Arizona on **September 28, 2008.**

**IT IS FURTHER ORDERED** Defendant shall adhere to the living arrangements set forth in Defendant's Motion during the aforesaid period of time.

**IT IS FURTHER ORDERED** that defense counsel shall use proper capitalization in all future captions as mandated by LRCrim 12.1 and LRCiv 7.1(a)(3).

DATED this 12th day of September, 2008.

Lawrence O. Anderson
United States Magistrate Judge

1