PROBATION FORM NO. 35  
(1/92)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

# United States District Court
## FOR THE

### DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

v.  Crim. No. <u>07CR01169-001-PHX-LOA</u>

SHEILA BERNICE JOHNSON

On <u>10/6/08</u> the above named was placed on <u>probation</u> for a period of <u>3</u> years. She has complied with the rules and regulations of probation and is no longer in need of probation. It is accordingly recommended that she be discharged from probation.

Respectfully submitted,

_David B. Colleran_  
David B. Colleran  
Supervisory U. S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this <u>3rd</u> day of <u>June</u>, <u>2011</u>

_Lawrence O. Anderson_  
The Honorable Lawrence O. Anderson  
United States Magistrate Judge